[No. 28270-1-I.   Division One.   November 2, 1992.]

*In the Matter of the Detention of* SALLY STERLING.

SALLY STERLING, *Appellant*, v. HIGHLINE EVALUATION AND TREATMENT FACILITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-6-00007-1, Harry R. Slusher, J. Pro Tem., entered January 23, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28469-0-I.   Division One.   November 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PORSHAY LEE AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-00359-1, Anthony P. Wartnik, J., entered April 16, 1992. *Remanded with instructions* by unpublished per curiam opinion.

[No. 27711-1-I.   Division One.   November 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EVELYN BEATRICE PELLUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-04278-5, Patricia H. Aitken, J., entered February 19, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 31303-7-I.   Division One.   November 2, 1992.]

WEST COAST BLUE MUSSEL CO., INC., *Respondent*, v. THE DEPARTMENT OF REVENUE, *Petitioner*.

Appeal from a judgment of the Superior Court for Island County, No. 90-2-00422-2, Stanley K. Bruhn, J., entered July 28, 1992. *Reversed* and *dismissed* by unpublished per curiam opinion.